# CO-INVESTMENT AND OPERATION AGREEMENT

Business Address: <u>462 Herndon Pkwy, Suite 108B, Herndon, VA, 20170</u>

The investors include party A and B. The party A is the original investor, and Party B is newly joined investor.

The both parties reached the following agreement:

1. The total amount of investments from the Party A and B is $100,000. The party A invests original capital $50,000, holding 50% of the shares. The party B invests $50,000 capital including $30,000 cash, and $20,000 loan, holding 50% of the shares.

2. The total monthly rent is $2,000. Each party shall bear $1,000 rent, 50% of the total rent, and undertake 50% of other operating costs according to the proportions of shares held by each party.

3. During the period of co-operation, party A and B shall settle all problems together and share 50% of the profits as proportion of the investment. However, if the business is affected by the event of Force Majuro and cannot continue to operate, both parties shall equally distribute the remain sares..

4. Party B is responsible for all external business such as rental renew.

5. The party A and the party B shall not make any alternations on the above provisions and shall not default. If any party defaults, the party shall compensate for any loss to the other party resulting from the default.

6. The party A and the Party B shall invest and operate this business together at least 2 years. After 2 years, the party A shall responsible for new negotiation.

This agreement is written in Korean, and English, in 4 copies, both parties hold 2 copies, and will come into effect as it is signed by both parties and witnesses.

**SIGNATURES**

Party A: _____    Party B: __Xuan Ying Yu_____

Witness A: _____    Witness B: _____

Date: __2/7  2014_____    Date: __2/3  2014_____

FROGH FAFA
Notary Public
Commonwealth of Virginia
7514495
My Commission Expires May 31, 2016

# 공동투자경영계약서

투자가게주소: <u>462 Herndon Pkwy, Suite 108B, Herndon, VA, 20170</u>

투자자들의 명칭을 갑과 을이라고 지칭한다.

갑은 기존 투자자이고 을은 새로운 투자 파트너이다.

1. 갑,을 쌍방의 총 투자액은 $100,000 이다. 기존 투자자 갑은 기존투자 $50,000 을 투자하여 50%의 주식을 소유한다. 을의 총투자액은 $50,000 로서 현금 $30,000 과 대출 $20,000 으로 구성됐고 을방 역시 50%의 주식을 소유한다.

2. 매달 가게 렌트비 $2,000 을 갑을쌍방이 50% 씩 각각 $1,000 을 부담한다. 그리고 기타 가게운영 관련 비용은 갑을 쌍방이 투자비율에 따라 각각 50% 씩 부담한다.

3. 갑과 을은 공동 경영중에서 발생하는 모든 일에 대해 공동으로 처리한다. 또한 각자가 비지니스 이익의 50%를 분배받는다. 만약 불가항력으로 인해 가게를 계속 운영할수없을 경우 갑을 쌍방은 나머지 주식을 각자가 50% 씩 분배한다.

4. 갑은 가게대외 관련 모든 비지니스에 대해 책임진다. 례하면 렌트갱신 등.

5. 갑과 을은 상호합의가 없이 일방적으로 위의 계약 조항을 수정하거나 위반하여서는 않된다. 계약 위반으로 인한 경제적 손실은 당사자가 상대방에 배상을 한다.

6. 갑과 을의 공동 합작투자 경영 시간은 2년 또는 이상이여야 하면 2년뒤에 갑이 책임지고 새로운 경영에 대해 다시 상의한다.

위의 계약서는 한국어와 영어로 되여 있으며 갑을 쌍방이 원본 2 부식 소유한다. 이 계약서는 갑을 쌍방 및 증인들 모두가 서명하여야 만이 법적 효력을 발생한다.

서명:

갑: _Hong J Q_   을: _XUAN, Ying Yu_

갑의 증인: _____   을의 증인: _____

날자: 2/3 2014   날자: 2/3 2014

PRUGSH FAFA
Notary Public
Commonwealth of Virginia
7514465
My Commission Expires May 31, 2016