**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTER DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| *In re:* | * | |
| YEON HEE BURGOS | * | BANRKUPTCY NO. 16-12949-RGM |
| Debtor | * | CHAPTER 7 |
| YING YU XUAN | * | |
| Plaintiff | * | Adv. Pro No. 16-01213-RGM |
| v. | * | |
| YEON HEE BURGOS | * | |
| & | * | |
| JIN YOUNG KIM | * | |
| Defendants | * | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of December, 2016, a copy of the foregoing Summons, Complaint, and Exhibits were served via Certified Mail, Return Receipt Requested, upon the following parties:

Yeon Hee Burgos                                     Jin Young Kim
c/o Peter Rim                                       3961 Persimmon Drive
7700 Little River Turnpike, Suite 506               Apt. 202
Annandale, Virginia 22003                           Fairfax, VA 22031


**/s/ Jeremy C. Huang**
Jeremy C. Huang, VSB 76861
WOEHRLE DAHLBERG JONES YAO PLLC
10615 Judicial Dr., Suite 102
Fairfax, VA 22030
(T) 703-755-0214 / (F) 571-285-0065
jhuang@lawfirmvirginia.com