IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| YEON HEE BURGOS ) | BANKRUPTCY NO. 16-12949-RGM |
| ) | |
| Debtor ) | CHAPTER 7 |
| ) | |

| | |
|---|---|
| YING YU XUAN ) | |
| ) | |
| Plaintiff ) | Adv. Pro No. 16-01213-KHK |
| ) | |
| v. ) | |
| ) | |
| YEON HEE BURGOS ) | |
| ) | |
| & ) | |
| ) | |
| JIN YOUNG KIM ) | |
| ) | |
| Defendants ) | |

## DEFENDANT JIN YOUNG KIM'S PROPOSED TRIAL WITNESS LIST

COMES NOW the Defendant, Jin Young Kim, by counsel and submits her List of Proposed Witnesses for Trial.

### PROPOSED WITNESSES

1. Jin Young Kim

2. Ying Yu Xuan

3. All Witnesses listed and/or witnesses called by the Plaintiff

4. Such additional rebuttal or impeachment witnesses

Respectfully submitted this 4th day of June 2017.


/s/ Michael W. Kim
Michael W. Kim & Associates, P.C.
4600-H Pinecrest Office Park Drive
Alexandria, VA 22312
(703) 914-5624; Fax (703) 914-5625
VSB#35259
Michael@mwkimlaw.com
Attorney for Defendant, Jin Young Kim


### CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing Proposed Trial Witness List was sent to via first class mail, postage prepaid on this 4th day of June 2017 to the following and same was filed via CM/ECF Notice of Electronic Filing.


Plaintiff's attorney:
Jeremy C. Huang
WOEHRLE DAHLBERG JONES YAO PLLC
10615 Judicial Drive, Suite 102
Fairfax, VA 22030

/s/ Michael W. Kim_____
Michael W. Kim