**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTER DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| *In re:* | * | |
| YEON HEE BURGOS | * | BANRKUPTCY NO. 16-12949-KHK |
| Debtor | * | CHAPTER 7 |
| YING YU XUAN | * | |
| Plaintiff | * | Adv. Pro No. 16-01213-KHK |
| v. | * | |
| YEON HEE BURGOS | * | |
| & | * | |
| JIN YOUNG KIM | * | |
| Defendants | * | |

**PLAINTIFF'S LIST OF WITNESSES**

COMES NOW Plaintiff Ying Yu Xuan, by Counsel, and submits her list of witnesses for trial in this matter:

1. Defendant Yeon Hee Burgos

2. Defendant Jin Young Kim

3. In Sook Park

4. Shabbir Moosvi

5. Zelong Shen

6. All witnesses named by Defendant in her witness list.

7. All witnesses necessary for rebuttal.

Respectfully submitted this 4th day of June, 2017,

**/s/ Jeremy C. Huang**
Jeremy C. Huang, VSB 76861
WOEHRLE DAHLBERG JONES YAO, PLLC
10615 Judicial Dr., Suite 102
Fairfax, VA 22030
(T) 703-755-0214 / (F) 571-285-0065
jhuang@lawfirmvirginia.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2017, a copy of the foregoing was served the Court's electronic notification system upon:

Michael W. Kim & Associates, P.C.
4600-H Pinecrest Office Park Drive
Alexandria, VA 22312

/s/ Jeremy C. Huang